UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      v.

ANDREW AURNHEIMER

ORDER

MAGISTRATE NO. 11-4022-02(CCC)

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this 23rd day of February, 2011,

    ORDERED that Candace Homm from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

  S/Patty Shwartz
**PATTY SHWARTZ**
**United States Magistrate Judge**