| United States District Court | DISTRICT<br>OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANDREW AUERNHEIMER | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>11-4022-02(CCC) |

The above named defendant was arrested upon the complaint of

charging a violation of    Title 18 USC § 371 & 1028(a)(7)

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | June 2010 |

DESCRIPTION OF CHARGES:

(1) conspiracy to access a computer without authorization and
(2) Fraud and related activity in connection with computers

BOND IS FIXED AT
$    Detained pending a detention hearing on February 28, 2011 at 11:30 or at such time set by the Judicial Officer

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

February 23, 2011
Date

_Patty Shwartz_
United States Judge or Magistrate

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |