# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

ANDREW AUERNHEIMER

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE        2:11-MJ-4022 (CCC)

I, _____ ANDREW AUERNHEIMER _____ , charged in  X complaint  ☐ petition pending in this District _____ New Jersey _____

in violation of _____ 18 _____ , _____ 1029 (b)(2) _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a    ☐ examination  X hearing , do hereby waive (give up) my right to a inary ☐ examination  X hearing.

_[signature]_
Defendant

2-28-11
Date

_[signature]_
Counsel for Defendant