# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT     NEW JERSEY

UNITED STATES OF AMERICA
V.
ANDREW AUERNHEIMER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE     2:11-MJ-4022 (CCC)

I, _____ANDREW AUERNHEIMER_____, charged in  X complaint  ☐ petition pending in this District _____New Jersey_____

in violation of _____18_____, _____1029 (b)(2)_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a ☐ examination  X hearing , do hereby waive (give up) my right to a inary ☐ examination  X hearing.

_____[signature]_____
Defendant

_____[signature]_____
Counsel for Defendant

2-28-11
Date