```
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Hon. Claire C. Cecchi

        v.                   :    Mag. No. 11-4022

ANDREW AUERNHEIMER           :    ORDER
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee Vartan and Zach Intrater, Assistant U.S. Attorneys, appearing), and defendant Andrew Auernheimer (Candace Hom, Esq., appearing),

IT IS THE FINDING OF THIS COURT that:

(1) On January 21, 2011, defendant Auernheimer appeared before a Magistrate Judge in the Western District of Arkansas;

(2) Pursuant to Rule 5(c)(2) of the Federal Rules of Criminal Procedure, the Court ordered the United States Marshal's Service to transport defendant Auernheimer to the District of New Jersey; and

(3) Pursuant to 18 U.S.C. § 3161(h)(1)(F), the first ten days after such an Order is entered shall be excluded in computing the time within which an information or indictment must be filed.

IT IS, therefore, on this 8 day of March, 2011, ORDERED that the period from January 22, 2011 through

and including January 31, 2011 shall be excluded in computing time under the Speedy Trial Act of 1974.

                                          _____
                                          HON. CLAIRE C. CECCHI
                                          United States Magistrate Judge