```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: July 21, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

Title of Case:                                  Docket #11-470

U.S.A. v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA for the Gov't
Candace Hom, Esq. for Dft

Nature of proceedings: **Arraignment on Indictment**
Dft advised of charges in the Indictment and pled Not Guilty to all
Counts of the Indictment.
Order for Discovery and Inspection filed
Motions due: 8/22/11
Opposition due: 9/5/11
Motion hearing: 9/12/11
Trial: 9/13/11
Ordered bail continued.

Time commenced 9:45 a.m.
Time Adjourned 9:50 a.m.

cc: chambers                             Antigone Owens-Krefski
                                              Deputy Clerk