UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 11-47D (SDW) |
| ANDREW AUERNHEIMER | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Zach Intrater, Assistant U.S.
Attorney), and defendant Andrew Auernheimer (by Candace Hom,
AFPD, Esq.) for an order granting a continuance of the
proceedings in the above-captioned matter to pursue plea
negotiations, and the defendant being aware that he has the right
to have the matter brought to trial within 70 days of the date of
his appearance before a judicial officer of this court pursuant
to Title 18 of the United States Code, Section 3161(c)(1), and as
the defendant has consented to such a continuance, and no
continuances having been previously granted, and for good and
sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25th day of July, 2011,

ORDERED that this action be, and it hereby is, continued from the date of this Order through and including January 1, 2012; and it is further

ORDERED that a trial schedule shall be set by the Court; and it is further

ORDERED that the period from the date of this Order through and including January 1, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Susan D. Wigenton
United States District Judge

Form and entry
consented to:

Zach Intrater
Assistant U.S. Attorney

Candace Hom
Counsel for defendant Andrew Auernheimer