UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No.  11-470 (SDW) |
| v. | : | |
| | : | |
| ANDREW AUERNHEIMER, | : | CONSENT ORDER TO |
| Defendant. | : | AMEND PRETRIAL |
| | : | RELEASE CONDITIONS |

THIS MATTER having come before the Court upon the application of Defendant Andrew Auernheimer (Candace Hom, Assistant Federal Public Defender, appearing) for an order modifying bail conditions in this matter, and the Government (Zach Intrater, Assistant United States Attorney, appearing), having no objection; and Pretrial Services having no objection to the request as to use of Internet access for employment and commercial purposes, but objecting to use of a phone with Internet access; and for reasons described in defendant's submission, and for good cause shown;

IT IS on this _____ day of September 2011, hereby

ORDERED that the bail conditions previously imposed upon Mr. Auernheimer are modified as follows:

Mr. Auernheimer is permitted use of computers and access to the Internet for employment and commercial purposes with no pre-approval required, and is further permitted to have a mobile or cellular phone with Internet access; and

IT IS FURTHER ORDERED that all other bail conditions remain the same.


HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE