UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ANDREW AUERNHEIMER

CRIMINAL NO. 11-470 (SDW)

APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for __ANDREW AUERNHEIMER__
                                                    Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

__NEW YORK STATE, S.D.N.Y, E.D.N.Y__     __2007/2008/2008__
Court(s)                                  Year(s) of Admission

Date: __11/29/11__                        __Tor Ekeland__
                                          Signature of Attorney

                                          __TOR EKELAND__
                                          Print Name

                                          __155 WATER ST, 6th flR, Suite 2__
                                          Address

                                          __BROOKLYN, NY 11201-1044__
                                          City State Zip Code

                                          __347-515-6849 / 718-504-5417__
                                          Phone Number  Fax Number

                                          __tor@torekeland.com__

DNJ-CR-013 (03/2010)