UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 11-470 (SDW)

ANDREW AUERNHEIMER

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for ANDREW AUERNHEIMER
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

NEW YORK STATE, S.D.N.Y, E.D.N.Y          2007/2008/2008
Court(s)                                   Year(s) of Admission

Date: 11/29/11                             Tor Ekeland
                                           Signature of Attorney

                                           TOR EKELAND
                                           Print Name

                                           155 WATER St, 6th flr, Suite 2
                                           Address

                                           BROOKLYN, NY 11201-1044
                                           City State Zip Code

                                           347-515-6849/718-504-5417
                                           Phone Number Fax Number
                                           tor@torekeland.com

DNJ-CR-013 (03/2010)