UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 11-470 (SDW) |
| ANDREW AUERNHEIMER | : | <u>CONTINUANCE ORDER</u> |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Andrew Auernheimer (by Tor Ekeland, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and one continuance having been previously granted, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Defense counsel has recently been retained, and desires additional time to resolve the matter through a plea agreement or to prepare for trial;

      2.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to consider a plea agreement, which would render trial of this matter unnecessary;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of January, 2012,

ORDERED that this action be, and it hereby is, continued from the date of this Order through and including June 1, 2012; and it is further

ORDERED that a trial schedule shall be set by the Court; and it is further

ORDERED that the period from the date of this Order through and including June 1, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. Susan D. Wigenton
United States District Judge

Form and entry
consented to:

_____
Zach Intrater
Assistant U.S. Attorney

_____
Tor Ekeland
Counsel for defendant Andrew Auernheimer

3