UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| X_____X<br>　<br>UNITED STATES OF AMERICA,<br>　<br>　　　　　　　　　Plaintiff,<br>　<br>　　　　　v.<br>　<br>　<br>ANDREW AUERNHEIMER,<br>　<br>　　　　　　　　　Defendant.<br>　<br>X_____X | Criminal No. <u>11-CR-470 (SDW)</u><br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for the defendant Andrew Auernheimer.  Please keep Tor Ekeland on the Docket as Lead Counsel.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York State, S.D.N.Y, E.D.N.Y　　　　　　2007 / 2010 / 2012
　　　　　Courts　　　　　　　　　　　　　　　Year(s) of Admission

Date:　3/26/2012

_____
Signature of Attorney

Mark H. Jaffe
Tor Ekeland, P.C.
Sixth Floor Suite 2
155 Water Street
Brooklyn, NY 11201
Tel: 347.515.6849
Fax: 718.504.5417
Email: mark@torekeland.com