UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA

       Plaintiff,

 -vs-

ANDREW AUERNHEIMER,

       Defendant.
_____

Criminal No.: 2:11-cr-470 (SDW)

**NOTICE OF APPEARANCE**

**TO**:  CLERK OF THE ABOVE-NAMED COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as additional counsel for defendant Andrew Auernheimer in the above-entitled action.

    Law Office of Nace Naumoski
    618 Newark Avenue
    Elizabeth, NJ 07208
    tel.  908-349-8462  fax  908-325-1646
    nace@naumoski.com
    Attorney for Defendant,
    Andrew Auernheimer

By: /s/ *Nace Naumoski*
    Nace Naumoski (NN-8021)