UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA                    CR. 11-470-01

                                            Jury Communication # 1

-v-

ANDREW AUERNHEIMER

Can we get Daniel Spitler's testimony transcript? Direct and Cross?

DATE: 11/20/12                              TIME: 2:10pm

FOREPERSON: [redacted]