UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 11-470-01

                                  Jury Communication # 2

-v-

ANDREW AUERNHEIMER

We would like confirmation that the SIM card # or the ICC-ID was **not** part of the url.

DATE: 11/20/12                    TIME: 3:50 pm

FOREPERSON: ███████