UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 11-470-01

                                  Jury Communication # 3

-v-

ANDREW AUERNHEIMER

We have reached a Verdict

DATE: 11/20/12          TIME: 4:11 pm
FOREPERSON: [redacted]