UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA                 CR. 11-470-01

                                         Jury Communication # 3

          -v-

ANDREW AUERNHEIMER

We have reached a verdict

DATE: 11/20/12                     TIME: 4:11 pm

FOREPERSON: █████████████