AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ New Jersey _____

United States of America

V.

Andrew Auernheimer

## EXHIBIT AND WITNESS LIST

Case Number:  2:11cr470-01

| PRESIDING JUDGE Hon. Susan D. Wigenton | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) Nov. 13, 14, 15, 19, 20 - 2012 | COURT REPORTER Carmen Liloia | COURTROOM DEPUTY Antigone Owens-Krefski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1000 | | | | 11/13-12 | June 9, 2010 Andrew Auernheimer Livejournal entry |
| 1003 | | | | 11/13-12 | Goatse Security home page |
| 5049 | | | | 11/13-12 | June 6, 2010 e-mail from "Andrew A" to fvega@sfchronicle.com |
| 5050 | | | | 11/13-12 | June 6, 2010 e-mail from "Andrew A" to asiskind@newscorp.com |
| 5054 | | | | 11/13-12 | June 6, 2010 e-mail from "Andrew A" to devin.wenig@thomasreuters.com, shannon.ulmer@thomasreuters.com, et al |
| 6005 | | | | 11/13-12 | IRC chat log from June 6, 2010for the time between 17:57:54 to 17:58:29 |
| 6025 | | | | 11/13-12 | IRC chat log from June 12, 2010for the time between 17:34:12 to 17:35:20 |
| 5154 | | | | 11/13-12 | June 12, 2012 e-mail from  Escher Auernheimer |
| 5036 | | | | 11/13-12 | March 20, 2012 e-mail from "Andrew A" to "Sherrod" |
| 5052 | | | | 11/13-12 | June 3, 2010 e-mail from "Andrew A" to dillonr@washpost.com |
| 6024 | | | | 11/13-12 | IRC chat log from June 10, 2010for the time between 17:20:58 to 17:21:17 |
| 2000f | | | | 11/14-12 | June 16, 2010 letter from Dorothy Atwood, SVP, Public Policy & Chief Privacy Officer, AT&T |
| 2001 | | | | 11/14-12 | Redacted list of affected AT&T iPad users |
| | 217 | | | 11/14-12 | ATT002928-002932 |
| 4000 | | | | 11/14-12 | Daniel Spitler Plea Agreement, dated 6/22/11 |
| 4001 | | | | 11/14-12 | Daniel Spitler Cooperation Agreement, dated 12/12/11 |
| 6000 | | | | 11/14 12 | Computer code deployed against AT&T's servers to steal iPad 3G user information |
| 6001 | | | | 11/14 12 | IRC chat log from June 5, 2010for the time between 14:37:58 to 14:43:00 |
| 6002 | | | | 11/14 12 | IRC chat log from June 5, 2010for the time between 14:48:02 to 14:53:10 |
| 6003 | | | | 11/14 12 | IRC chat log from June 6, 2010for the time between 13:47:03 to 13:49:10 |
| 6006 | | | | 11/14 12 | IRC chat log from June 6, 2010for the time between 17:57:54 to 17:58:29 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | | Auernheimer | | CASE NO. | |
|---|---|---|---|---|---|---|---|
| | | | | | | 2:11cr470-01 | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6008 | | | | 11/14/12 | IRC chat log from June 6, 2010 for the time between 18:53:17 to 18:56:47 |
| 6010 | | | | 11/14/12 | IRC chat log from June 6, 2010 for the time between 19:10:17 to 19:11:53 |
| 6011 | | | | 11/14/12 | IRC chat log from June 6, 2010 for the time between 19:46:16 to 19:49:25 |
| 6014 | | | | 11/14/12 | IRC chat log from June 8, 2010 for the time between 13:07:24 to 13:18:05 |
| 6015 | | | | 11/14/12 | IRC chat log from June 8, 2010 for the time between 13:25:12 to 13:25:54 |
| 6017 | | | | 11/14/12 | IRC chat log from June 8, 2010 for the time between 17:52:06 to 17:52:26 |
| 6019 | | | | 11/14/12 | IRC chat log from June 8, 2010 for the time between 17:55:26 to 17:55:30 |
| 6021 | | | | 11/14/12 | IRC chat log from June 9, 2010 for the time between 19:17:14 to 19:23:18 |
| 6022 | | | | 11/14/12 | IRC chat log from June 9, 2010 for the time between 21:06:36 to 21:07:08 |
| 6020 | | | | 11/14/12 | IRC chat log from June 9, 2010 for the time between 17:03:59 to 17:18:23 |
| 6026 | | | | 11/14/12 | IRC chat log from June 13, 2010 for time between 22:54:32 to 22:56:10 |
| 2000e | | | | 11/14/12 | List of affected iPad users |
| | 601 | | | 11/14/12 | IRC log Jun 5 12:41:17-13:10:29 |
| | 602 | | | 11/14/12 | IRC log Jun 6 12:57:43-18:02:22 |
| 3000 | | | | 11/14/12 | Stipulation |
| | 600 | | | 11/15/12 | IRC log Jun 6 17:57:43-18:02:22 |
| 5137 | | | | 11/15/12 | June 10, 2010 e-mail from "Andrew A" to "E J" |
| 5143 | | | | 11/15/12 | June 11, 2010 e-mail from "Andrew A" to Reda El Ourouba |
| 5145 | | | | 11/15/12 | June 11, 2010 e-mail from "Andrew A" to Reda El Ourouba |
| 6027 | | | | 11/15/12 | IRC chat log from June 15, 2010 for the time between 3:03:07 to 3:04:29 |
| | 100 | | | 11/19/12 | ATT 00020904-Case notes of Timothy Glantz |
| | 214 | | | 11/19/12 | ATT 002685 |
| | 201 | | | 11/19/12 | ATT 002116-002118 |
| | 208 | | | 11/19/12 | ATT 002263-002264 |
| | 209 | | | 11/19/12 | ATT 002268-002277 |
| | 200 | | | 11/19/12 | ATT 002102-002103 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| | USA | | vs. | Auernheimer | CASE NO. 2:11cr470-01 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3001 | | | | 11/19/12 | Stipulation |
| 6004 | | | | 11/14/12 | IRC chat from June 6, 2012 for the time between 17:57:43 to 17:59:31 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page __3__ of __3__ Pages