UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-470 (SDW) |
| v. | : | Hon. Susan D. Wigenton |
| ANDREW AUERNHEIMER | : | <u>VERDICT</u> |

We, the Jury find:

### COUNT 1
(Conspiracy to Access Computers without Authorization)

GUILTY ✓      NOT GUILTY _____

### COUNT 2
(Identity Theft)

GUILTY ✓      NOT GUILTY _____

[signature redacted]
FOREPERSON

11/20/12
DATE