```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: March 18, 2013

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                  Docket# 11-470

U.S.A. v. ANDREW AUERNHEIMER

**Appearances**:
Zach Intrater, AUSA for the Gov't
Michael Martinez, AUSA for the Gov't
Tor B. Ekeland, Esq. for Deft
Nace Naumoski, Esq. for Deft
Mark Jaffe, Esq. for Def
Probation Officer, Joshua R. MacAvoy

Nature of Proceeding:    **SENTENCING**

Hearing on deft's motion for Acquittal Under Fed. R. Crim. P. 29
Ordered motion DENIED
41 months Imprisonment on each of Counts 1(s) and 2(s) to run concurrently
3 years Supervised Release on each of Counts 1(s) and 2(s) to run concurrently
Fine: Waived
Special Assessment: $200.00 - due immediately
Restitution: $73,167
Special Conditions:
1. Alcohol/Drug Testing and Treatment
2. Computer Monitoring
3. Mental Health Treatment
4. New Debt Restrictions
5. Self-Employment/Business Disclosure
Ordered deft remanded immediately.


Time Commenced 11:00 a.m.
Time Adjourned 12:00 p.m.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk