OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 11, 2014

Mark E. Coyne, Esq.
Office of United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

(Tor B. Ekeland, Esq.
(Mark H. Ekeland, Esq.
Tor Ekeland
155 Water Street
6th Floor, Suite 2
Brooklyn, NY 11201

Hanni M. Fakhoury, Esq.
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Jennifer S. Granick, Esq.
Stanford Law School
Center for Internet & Society
559 Nathan Abbott Way
Stanford, CA 94305

Marcia C. Hofmann, Esq.
25 Taylor Street
San Francisco, CA 94102

Orin S. Kerr, Esq.
George Washington University
2000 H Street, N.W.
Washington, DC 20052-0000

Glenn J. Moramarco, Esq.
Office of United States Attorney
Camden Federal Building & Courthouse
401 Market Street
Camden, NJ 08101

Alexander C. Muentz, Esq.
Temple University
Department of Criminal Justice
1115 Pollett Walk
Philadelphia, PA 19122

Steven P. Ragland, Esq.
Keker & Van Nest
633 Battery Street
San Francisco, CA 94111

Christopher C. Walsh, Esq.
Harvard Law School
Cyberlaw Clinic
23 Everett Street
Second Floor
Cambridge, MA 02138

RE: USA v. Andrew Auernheimer
Case Number: 13-1816
District Case Number: 2-11-cr-00470-001

ENTRY OF JUDGMENT

Today, **April 11, 2014** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
15 pages

Attachments:
A copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Carmella, Case Manager
267-299-4928